DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SAMIA BOKHARI,**
Appellant,

v.

**KHURRAM FAZAL,**
Appellee.

No. 4D19-2050

[July 2, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne Fahnestock, Judge; L.T. Case No. FMCE 17-014232 (35).

Amina Khan of the Law Office of Amina Khan, Chicago, IL, for appellant.

Meaghan K. Marro of Marro Law, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***